UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| Sandra Delores Davies, | : | |
| | : | Case No.: 19-22460 (SLM) |
| Debtor. | : | |
| _____ | : | |

NOTICE

Notice is hereby given that due to a potential conflict of interest, Standing Trustee Marie-Ann Greenberg, Esq., is recused from this case.

Dated: September 18, 2023

                                                    ANDREW R. VARA
                                                    UNITED STATES TRUSTEE
                                                    REGION 3 and 9

By:   /s/ *Martha R. Hildebrandt*
        Martha R. Hildebrandt
        Assistant United States Trustee